Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RECEIVED
MAY 05 2023
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

Clarence Otis Gibson #366576
(Full name of plaintiff, Prisoner Number)

Civil Action: Wrongful Imprisonment

Orleans Parish Criminal Court
Vs.

Judge

Judge Buckley Section G
Full Name of Defendant

Magistrate Judge

## COMPLAINT

1. **Previous Lawsuits**:

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes { } No {✓}

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit
      Plaintiff(s):_____

      _____

      Defendant(s):_____

      _____

   2. Court (if federal court, name the district; if state court, name the parish): ____

      _____

   3. Docket number:_____

   4. Name of judge to whom case assigned:_____

      _____

1

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):_____

_____

6. Date of filing lawsuit: _____
7. Date of disposition: _____
C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
    Yes [ ]    No [ ]

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought._____

_____

II.    Place of present confinement: **Dixon Correctional Institution**

    A. Is there a prisoner grievance procedure in this institution?
        Yes [ ]    No [✓]

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
        Yes [ ]    No [✓]

    C. If your answer is Yes:

    1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed: _____

_____

    2. What steps did you take? _____

_____

_____

    3. What was the result? _____

_____

_____

    D. If your answer is No, explain why not: _____

_____

APR/14/2023 01:31 PM_9297811_0300247000_30309

Statement of Claim:
IV.

On December 6, I Clarence Otis Gibson entered a Plea Deal for 5 years only under the impression that I would only 2 1/2 years consecutively hard labor Department of Corrections. However, when the 2 1/2 sentence came to its' term I was not released from prison until I completed the whole and entire 5 year(s) sentencing. I signed the plea deal only under the pretense and promise that I would serve only 2 1/2 years of the 5 year(s) prison sentence. When the Judge in Section G of Orleans Parish Criminal Court asked me on record " Do I understand the sentencing of 5 years without Probation/Parole"? I replied "no, I was promised Goodtime", the Judge replied "you still get your Goodtime but I must go through these procedures". I never received the goodtime that I was promised by the Court regardless to whether I accomplished an G.E.D or not. A promise to Good time is not to be determined whether an agreement reaches an accomplishment, unless defendant was sentenced to a concentrated rehab program that requires me to complete with a G.E.D, but this wasn't the case for a G.E.D. I was promised good time on 5 year sentenced but didn't receive the good time, therefore, I'm suing for wrongful incarceration of time that I can never get back dating from the sentencing date 12-6-96 to the release Date 5-1-2001. I'm suing for $53 million Dollars for suffering and damaging done for breaching of contract by the State for the 4 years and 7 months I done in prison after the false pretense of alliged Good time on sentencing date 12-6-9 I was arrested for crack cocaine in January that led to 3 years Probation, then arrested May 3rd possession fo

stolen property of Automobile over $500.00 in value. I accepted a Plea Deal for 5 years and 3 years probation going in concurrent with 5 years sentence D.O.C with good time. But as I said I never received the good time and did the 5 years flat time. During the course of that 5 year sentence, my longtime first love had a kid that's not mines, I couldn't find decent employment with the requirement of a High School Diploma or G.E.D I was behind time on just about everything and I was only playing catch up. I was too far behind and not advanced enough for society. I reunited with my first love only to have the kid—whom she had while I was doing the 5 years to frame me for aggravated rape and I received a 25 years flat sentence as a result to the alleged. All that has unfortunately transpired in my life can be afforded to the wrongful imprisonment that was given in Section G of Orleans Parish Criminal Court on the date of 12-6-96 based on a mutual plea deal for good time, that was never received. Again; I'm suing for $153, million dollars for breach of contract because the Judge did go on record stating that "I will get my Good time" though I never received it and secondarily I'm suing for all the damaging and havoc that has been in my life from when I was released in May 2001 and since the sentencing date of the wrongful sentence 12-6.

Today is Date: 4-8-2023      Clarence Otis Gibson #366576
                              P.O Box 788 D.C.I
                              Jackson, Louisiana
D.O.B 9-2-1978                                70048

III. Parties
(In Item A below, place you name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any)

A. Name of plaintiff (s): Clarence Otis Gibson
   Address P. o Box 788

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Judge Buckley is employed as Judge Buckley at Orleans Parish Criminal Court Section 6

C. Additional Defendants: _____

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes**. If you intend to allege a number of related claims. Number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

3

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits: __Awarded $53 million dollars for false Imprisonment and the collateral damages I suffered thereof.__

VI. Plaintiff's Declaration

(1). I, _Clarence O Gibson_, understand that am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United states that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

(2). I, _____, understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

(3). I, _____, understand that if I am released or transferred, it is my responsibility to keep the court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this __8th__ day of __April__, 20__23__.

_Clarence Otis Gibson_
Signature of Plaintiff (s)

4

Clarence Otis Gibson # 366576
P.O Box 788 (D.C.I)
Jackson, LA.
70048

QuadRent   FIRST-CLASS MAIL
04/17/2023
US POSTAGE $001.98
ZIP 70748
041M12254200

**SCREENED OK U.S. MARSHAL**

Clerk of the United States
District Court for the
Middle District of Louisiana
777 Florida Street Suite 139
Baton Rouge, Louisiana.
70801-1712